## J. David Morrissy

**From:**       叶宁 <yeningusa@gmail.com>
**Sent:**       Wednesday, March 20, 2019 11:19 PM
**To:**         J. David Morrissy
**Cc:**         Rachael Gray; Harry Dennis; Yeliang Xia
**Subject:**    Re: Scheduling Conference with Judge Buchanan
**Attachments:** 2DeposeGuo.docx

Please check our client's three-part Request for Discovery. The same will be forwarded by USPS first class mail. Many thanks to all.  Our amended Response to Guo's discovery request will be hopefully done tomorrow. Best regards! Ning Ye

J. David Morrissy <dmorrissy@zeklaw.com> 于2019年3月20日周三 下午8:56写道：

> Rachel:
>
>
> Thank you very much for following up.  Given the circumstances, I have not been able to sort my client's availability.  Can we plan to have the call on Friday, perhaps at 11 am?  I hope to be able to commit to a date for the settlement conference by then.  Any time between 11 and 2 will work for me.
>
>
> Let me know if that does not work and I can make myself available tomorrow before 1pm, but I do not know how much value I will be able to add tomorrow regarding scheduling a conference.
>
>
> -David

J. David Morrissy, Esq.



ZEICHNER ELLMAN & KRAUSE LLP

409 7th Street NW

Suite 300
Washington, DC 20004
Tel. (202) 783-0316

1

Fax (212) 753-0396
dmorrissy@zeklaw.com

ZEICHNER ELLMAN & KRAUSE LLP
www.zeklaw.com
NEW YORK | NEW JERSEY | CONNECTICUT | ISRAEL |
WASHINGTON, DC

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

**From:** Rachael Gray <rgray@dsktlaw.com>
**Sent:** Wednesday, March 20, 2019 10:40 AM
**To:** J. David Morrissy <dmorrissy@zeklaw.com>; 叶宁 <yeningusa@gmail.com>
**Cc:** Harry Dennis <hdennis@dskvalaw.com>
**Subject:** Scheduling Conference with Judge Buchanan

Dear Mr. Morrissy and Mr. Ye,

As you both know, Judge O'Grady instructed us to contact Judge Buchanan this week. What dates and times work for both of you regarding a conference call?

Sincerely,

Rachael Gray

Senior Associate

Dennis, Stewart & Krischer, PLLC

2007 15th Street North, Suite 201

Arlington, VA 22201

(703) 248-0626 (voice)

(703) 248-8971 (facsimile)

www.dskvalaw.com