# EXHIBIT A



夏业良 @XiaYeliang · 23/08/2017
Replying to @asweepingmonk
@KwokMiles and 3 others

根据常识，美国政府不会给任何商人派保镖保护其个人安全。更何况郭是没有合法居留权的外国人。把隔壁大楼房顶上的狙击手说成是美国政府派来保护他的，实在无耻且无知

💬 8    🔁 5    ♡ 10    ✉

https://mobile.twitter.com/XiaYeliang/status/900340239134097408 (Cached. The original is deleted)

It's a common sense that the U.S. government will not provide bodyguards for the personal security of any businessman, not to say a foreigner without legal right of stay. He regards the sniper on the roof of the next building as American government's protection for him, which is really shameless and ignorant.

# EXHIBIT B



夏业良 @XiaYeliang · 25/08/2017
Replying to @RuL_RPG @KwokMiles and 7 others

这王雁平也算是死心塌地效忠于郭了，最后竟然还是被抛弃了。郭没有人性，只有兽性。对自己的妻子和儿女都是如此……

💬 15    ↻ 8    ♡ 22    

https://mobile.twitter.com/XiaYeliang/status/901169343769214976 (Cached. The original is deleted)

Wang Yanping is regarded as whole heartedly allegiance to Guo, however she was unexpectedly abandoned. Guo has no humanity but brutal, he treat his wife and children the same way.

# EXHIBIT C



夏业良 @XiaYeliang · 05/10/2017
Replying to @jenny_manfred_1
@a13887665440 and @zhaoyan818

能见到金正恩本人的中共特务那得有多恶毒啊！受到中共高层特殊信任/完成特殊使命，这样的中共走狗奴才还要把自己伪造成"异议人士"和受政治迫害者，的确是胆大包天/丧尽天良！我个人分析郭在吹牛，金正恩根本不会见他这样的低级小混混

💬 8    🔁 1    ♡ 4    ✉

The Chinese Communists' agent who could meet Kim Jun Un in person, what kind of an evil person would he be? Being trusted by the top echelon of Chinese Communists to fulfill a special mission, this walking dog and flunky of Chinese Communists pretends to be a "dissident" and being politically persecuted, it is indeed a very bold move/withouta shred of conscience. My own analysis is Guo has been bluffing, Kim Jun Un would never have a meeting with a low level rascal.

# EXHIBIT D



夏业良 @XiaYeliang · 12/10/2017
Replying to @caojitw

把郭文贵包装伪造成"政治异议人士"是对人权/法治/正义/民主的亵渎，是对真正付出代价和牺牲的反共异议人士的污辱。帮助郭申请政治庇护的人也有伪造证据与协助犯罪之嫌疑

💬 21   🔁 5   ♡ 10   ✉

已从推特删除

It's an insult to human rights/rule of law/justice/democracy if Guo Wengui is promoted as a "political dissident", it is an insult to those anti-Communist dissidents who paid dearly and sometimes with their lives. Those who are helping Guo with his political asylum application are also suspects of evidence forgery and being criminal accomplices.

# EXHIBIT E



夏业良 @XiaYeliang · 22/11/2017

Replying to @slmngy001 @KevinSlaten and 5 others

郭文贵是助纣为虐的帮凶，现在又有几个见钱眼开的甘做郭文贵的帮凶，还好意思再说自己反共反习反专制政体？

💬 6   🔁 2   ♡ 17   ✉

已从推特删除

Guo Wengui has been the devil's assistant, now a few people are willing to become his assistants for money, how can they say they are against the Communists, Xi and the dictatorship?