

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



UNITED STA
POSTAL SER

**PRIORITY★ MAIL★**®

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

---



**UNITED STATES POSTAL SERVICE** ® | **Click-N-Ship**®

| P | usps.com $7.35 US POSTAGE Flat Rate Env | 9405 5036 9930 0458 1498 55 0073 5000 0032 0004 |
|---|---|---|



03/25/2019    Mailed from 11354    062S0000000101

**PRIORITY MAIL 2-DAY™**

NING YE                                    Expected Delivery Date: 03/28/19
NING YE, ESQ.
13511 38TH AVE                             **0006**
APT 1A
FLUSHING NY 11354-4440

**Carrier -- Leave if No Response**        | C020 |

SHIP
TO: J. DAVID MORRISSY ESQ
    409 7TH ST NW
    STE 300
    **WASHINGTON DC 20004-2317**

**USPS TRACKING #**



**9405 5036 9930 0458 1498 55**

Electronic Rate Approved #038555749