# J. David Morrissy

| | |
|---|---|
| **From:** | Ning Ye <yeningusa@gmail.com> |
| **Sent:** | Thursday, May 02, 2019 11:10 AM |
| **To:** | J. David Morrissy; Harry Dennis; Vanessa Lopez; Yeliang Xia |
| **Subject:** | Notice of Deposition |
| **Attachments:** | Notice2Depose.pdf |

Dear Mr. Morrissy:

Forwarded to you is my Notice to Depose your client. Please check the attachment. Should you have any questions, please let me know ASAP. I believe one day deposing both for consolidation purpose will be in the best interests of both parties. Best regards! Ning Ye

cc. all listed.

IN THE U.S., DISTRICT COURT FOR THE EASTERN DISTRICT OF
VIRGINIA, ALEXANDRIA DIVISION

------------------------------------------------------- )
PlaintiffGuo aka Miles Kwok            ) Civil Action No. 18-cv-174
   Plaintiff                              ) Notice to Take Deposition
            vs.                            )
YeliangXia                                    )
   Defendant                            )

## NOTICE TO TAKE DEPOSITION ON PLAINTIFF

Pursuant to Rule 30 and Rule 26 FRCP, in connection to Local Rules, please take Notice that Defendant Yeliang Xia will take oral deposition of Plaintiff Wengui Guo at 211 N Union Street, Suite 100, Alexandria, VA 22314 on May 8, 2019 starting at 2:00pm or alternatively, on May 9th, 2019, starting 9:30am at the same place, before a court reporter/notary public who is detached and disinterested in the outcome of the underlying case and is not related to the participating litigants.  These foregoing proposed dates and time appears to match what Plaintiff proposed and it may consolidate all participating parties' preoccupied schedules and traveling plan.

Please take further notice that Plaintiff Guo Wengui, a person to be deposed, shall bring all books, documents being requested and demanded in Defendant's Request for Production of Documents, Interrogatory and Request for Admission with him for the purpose of turning over and for the examination.

Dated: May 2, 2019

/s/Ning Ye, Esq.
Counsel for the
135-11 38th Avenue, #1A
Flushing, NY 11354
Tel. 718-308-6626
Fax: 718-228-5816
Email: yeningusa@gmail.com

To:    Wengui Guo, Plaintiff, c/o
         J. David Morrissy, Esq.
         409 7th Street, NW
         Suite 300
         Washington, DC 20004
         dmorrissy@zeklaw.com
         Counsel for the Plaintiff