UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN

## MOTION HEARING

Date: 5/24/19
Start: 10:15 Am
Finish: 10:38 Am
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: 18CV174

Guo

vs.

Xia

Appearance of Counsel for ( X ) Plaintiff   ( X ) Defendant

Motion for Protective Order - DE #69

Motion to Compel - DE #71

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( ) Granted  ( ) Denied  ( X ) Granted in part (BOTH) / ~~Denied in part~~
( ) Taken Under Advisement  ( ) Continued to

_____
_____
_____

( ) Report and Recommendation to Follow

( X ) Order to Follow