UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WENGUI GUO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YELIANG XIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:18-cv-174 (LO/TCB) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendant's Motion for Protective Order (Dkt. 69) is GRANTED IN PART. Plaintiff may not ask about Defendant's donors or source of funding at Defendant's deposition. The Motion for Protective Order is DENIED in all other respects. It is further

ORDERED that Defendant's Motion to Compel (Dkt. 71) is GRANTED IN PART. Plaintiff shall provide a complete response to Defendant's Request for Production of Documents No. 14 no later than May 31, 2019. The Motion to Compel is DENIED in all other respects. It is further

ORDERED that Defendant shall take Plaintiff's deposition on June 4, 2019 at 10:00 a.m. at the law offices Zeichner Ellman & Krause LLP, 409 7th Street NW, Suite 300, Washington, DC 20004. It is further

ORDERED that Plaintiff shall take Defendant's deposition on June 5, 2019 at 10:00 a.m. at the law offices of Dennis Stewart & Krischer PLLC, 2007 15th Street N, Suite 201, Arlington,

VA 22201. It is further

ORDERED that Defendant's lead counsel, Mr. Ning Ye, who is appearing in this case *pro hac vice*, may no longer directly draft any future filings in this case, conduct or defend the upcoming depositions, nor conduct the upcoming trial. Instead, Defendant's local counsel, Mr. Harry A. Dennis, III, shall be responsible for drafting any future filings, taking and defending depositions, and conducting the trial. Mr. Ye may remain in the case as *pro hac vice* counsel and offer his advice to Mr. Dennis. However, Mr. Ye shall no longer directly participate in this case.

Both parties are warned that failure to comply with this order may result in sanctions.

ENTERED this 24th day of May, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia