# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| WENGUI GUO<br>a/k/a Miles Kwok,<br><br>     Plaintiff,<br><br>   - against -<br><br>YELIANG XIA,<br><br>     Defendant. | CASE NO. 1:18-CV-00174-LO-TCB |

### UNOPPOSED MOTION FOR AUTHORIZATION TO USE EVIDENCE PRESENTATION SYSTEM AND TO BRING A LAPTOP INTO THE COURTHOUSE

COMES NOW, Plaintiff Wengui Guo, by counsel, and moves this Court for authorization to use the Court's Evidence Presentation System and to bring a laptop into the courthouse for use at trial, and as grounds, states as follows:

1. Trial is calendared to commence in this action on July 1, 2019.

2. Some of the evidence Plaintiff intends to present consists of online postings by Defendant, including images, text, and videos.

3. In order to present such evidence most efficiently, counsel for Plaintiff seeks to utilize the Court's Evidence Presentation System, and bring his laptop into the courthouse to do so.

4. The Court's standard forms for the request of the use of the Evidence Presentation System and authorization to bring electronic devises into the courthouse are submitted herewith.

1017441

5.   Defendant does not oppose this motion.

WHEREFORE, Plaintiff Wengui Guo respectfully requests that the Court authorize counsel for Plaintiff to utilize the Court's Evidence Presentation System and to bring a laptop into the courthouse for use during the trial in this action.

Dated:   Washington, DC
         June 17, 2019

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By: /s/ J. David Morrissy_____
                                          J. David Morrissy, Esq.
                                          VA Bar No. 93113
                                          409 7th Street NW
                                          Suite 300
                                          Washington, DC 20004
                                          dmorrissy@zeklaw.com
                                          Telephone: (202) 783-0316
                                          Fax: (212) 753-0396
                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 17th day of June 2019, caused an accurate copy of the foregoing motion for authorization to use the Court's Evidence Presentation System and to bring a laptop into the courthouse for use during trial to be filed with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to the following:

Harry Adrian Dennis, III
Dennis Stewart & Krischer PLLC
2007 15th Street N
Suite 201
Arlington, VA 22201
888-666-0512
Fax: 703-524-5283
Email: hadthree@gmail.com

/s/ J. David Morrissy_____
J. David Morrissy, Esq.
VA Bar No. 93113
Zeichner Ellman & Krause
409 7th Street NW
Suite 300
Washington, DC 20004
dmorrissy@zeklaw.com
Telephone: (202) 783-0316
Fax: (212) 753-0396
*Counsel for Plaintiff*

1014130