IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **GUO, Wengui aka Miles Kwok** | : |
| **Plaintiff/Cross Defendant** | : |
| v. | : Civil Action No. 1:18-cv-00174-LO-TCB |
| **XIA, Yeliang** | : |
| **Defendant/Cross Claimant** | : |

**MOTION TO WITHDRAW AS COUNSEL**

**&**

**CONTINUE THE TRIAL DATE**

    Pursuant to Local Rule 83.1(G), Harry A. Dennis, Counsel for Mr. Xia, 2007 N. 15th St., Suite 201, Arlington, Virginia 22201 move this Court for an Order to withdraw his appearance as Counsel of Record for Defendant Yeliang Xia in the above-referenced action.

    Local Rule 83.1(G) provides as follows: Withdrawal of Appearance: No attorney who has entered an appearance in any civil action shall withdraw such appearance, or have it stricken from the record, except on order of the Court and after reasonable notice to the party on whose behalf said attorney has appeared.

    Mr. Xia hired Counsel to act as Local Counsel in a passive manner and, notwithstanding the Court's order that Mr. Dennis take over the responsibilities as lead counsel, Mr. Xia does not desire to have Mr. Dennis act as lead counsel. Prior to today, Mr. Dennis and Mr. Xia have had substantial disagreements on the nature of pleadings in this case. Presently, Mr. Xia directed Counsel to withdraw if Counsel was unwilling to file specific pleadings as directed by Mr. Xia. Counsel cannot comport with Local Rule 83.1(I) and abide by the direction of Mr. Xia.

    Out of an abundance of caution, Counsel also moves this Court to continue the current trial date of July 1, 2019 to allow Mr. Xia an opportunity to hire new counsel of his choosing.

Counsel contacted Plaintiff's Counsel, Mr. Morrissey who stated that he had no objection to Mr. Dennis' motion to withdraw nor an objection to the motion for a continuance of the current trial date.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant the Motion and enter an Order withdrawing the appearance of Harry Dennis III as counsel for Defendant Yeliang Xia in the above-referenced action.

Respectfully submitted by,


_____s_____

Harry Dennis, Esq.
Local/Lead Counsel for Defendant Xia
VSB 40888
2007 N. 15th St.,
Suite 201
Arlington, Va. 22201
703-248-0626
Hdennis@dskvalaw.com

_____s_____
Ning Ye, Esq.
Foreign Counsel for Defendant Xia


CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing witness list was served upon all parties to this matter by means of the ECF filing system, this 18th Day of June, 2019.


_____s_____

Harry Dennis