# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| WENGUI GUO, | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| YELIANG XIA. | | Case No. 1:18CV174 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 10:07 – 11:13 |
| Proceeding Held: July 1, 2019 | | 11:27 – 12:21 |
| | | 12:38 – 12:50 |
| | | 2:16 – 3:56 |
| | | 4:18 – 5:31 |
| | Total Time in Court | 5 hr. 5 min. |

**Appearances:**

| **Plaintiff(s):** | John David Morrissy |
|---|---|
| | |
| **Defendant(s):** | Harry Dennis, Ning Ye |

**Day 1**
10:07 a.m. – Court opens. Mr. Dennis orally moves to be withdrawn as lead counsel and continue as local counsel; Mr. Xia requests that Ning Ye be lead counsel. Motion denied.
10:10 a.m. – Mr. Morrissy presents argument that he has not received any of defendant's exhibits and only received a hand-written list this morning in the courtroom.
- Court excludes certain exhibits of defendant.
- Mr. Morrissy presents argument about defendant's witness list.

11:13 a.m. – Court recesses.
11:27 a.m. – Court resumes.
11:28 a.m. – Jury pool roll call taken.
11:35 a.m. – Counsel introduce themselves and court introduces case to jury.
11:39 a.m. – Begin voir dire.
11:58 a.m. – Begin jury selection.
12:06 p.m. – Jury selected and sworn. Remaining jury pool excused.
12:07 p.m. – Court provides jury instructions.
12:18 p.m. – Jury excused.
12:21 p.m. – Court recesses.
12:38 p.m. – Court resumes.
12:41 p.m. – Court makes ruling on witness.
12:42 p.m. – Jury returns to the courtroom.

12:42 p.m. – Mr. Morrissy presents opening statement.
12:47 p.m. – Mr. Dennis presents opening statement.
12:50 p.m. – Jury excused.
12:50 p.m. – Court recesses.
2:16 p.m. – Court resumes.
2:17 p.m. – Jury returns to the courtroom.
2:18 p.m. – Mr. Morrissy calls witness/Plaintiff **Wengui Guo**. Witness sworn. Begin direct-exam.
3:14 p.m. – Mr. Dennis begins cross-exam of witness.
3:55 p.m. – Jury excused.
3:56 p.m. – Court recesses.
4:18 p.m. – Court resumes. Court and counsel brief preliminary matters.
4:19 p.m. – Jury returns to the courtroom.
4:20 p.m. – Mr. Dennis continues with cross-exam of witness.
4:51 p.m. – Mr. Morrissy begins re-direct exam.
5:02 p.m. – Mr. Guo excused.
5:07 p.m. – Mr. Dennis calls witness/Defendant **Yeliang Xia**. Witness sworn. Begin direct-exam.
5:27 p.m. – Mr. Dennis concludes direct exam.
5:29 p.m. – Jury excused.
5:31 p.m. – Court recesses for the day.