# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| WENGUI GUO, | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **YELIANG XIA.** | | Case No. 1:18CV174 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:07 – 9:30 |
| Proceeding Held: July 2, 2019 | | 9:48 – 10:41 |
| | | 11:04 – 11:18 |
| | | 11:34 – 12:04 |
| | | 12:20 – 12:41 |
| | | 3:03 – 3:06 |
| | | 4:52 – 5:04 |
| | Total Time in Court | 2 hr. 36 min. |

**Appearances:**

| Plaintiff(s): | John David Morrissy |
|---|---|
| | |
| Defendant(s): | Harry Dennis, Ning Ye |

## Day 2

9:07 a.m. – Court resumes.
9:08 a.m. – Court and counsel discuss jury instructions.
9:17 a.m. – Mr. Morrissy renews motion that defendant's witness Baosheng Guo not be able to testify.
   - Court denies motion.
9:30 a.m. – Court recesses.
9:48 a.m. – Court resumes. Court and counsel continue to discuss whether Baosheng Guo will be able to testify.
9:54 a.m. – Jury returns to the courtroom.
9:55 a.m. – Mr. Morrissy begins cross-exam of witness/Defendant **Yeliang Xia**. Witness previously sworn.
10:32 a.m. – Mr. Dennis begins re-direct exam.
10:40 a.m. – Witness excused.
10:41 a.m. – Jury excused.
10:41 a.m. – Court recesses.
11:04 a.m. – Court resumes. Court and counsel discuss whether defense's last witness will testify.
   - Court excludes Baosheng Guo's testimony.
11:07 a.m. – Defense concludes case.

11:10 a.m. – Jury returns to the courtroom.
11:11 a.m. – Mr. Morrissy recalls Plaintiff **Wengui Guo**. Plaintiff previously sworn. Begin rebuttal, direct-exam.
11:12 a.m. – Witness excused.
11:12 a.m. – Evidence concluded at this time.
11:13 a.m. – Jury excused.
11:13 a.m. – Mr. Morrissy orally moves for motion of dismissal.
- Court denies motion.

11:18 a.m. – Court recesses.
11:34 p.m. – Court resumes.
11:36 a.m. – Court reads jury instructions.
12:04 p.m. – Court recesses.
12:20 p.m. – Court resumes.
12:21 p.m. – Jury returns to the courtroom. Mr. Morrissy presents closing statement.
12:29 p.m. – Mr. Dennis presents closing statement.
12:37 p.m. – Mr. Morrissy presents rebuttal statement.
12:40 p.m. – Jury excused.
12:41 p.m. – Court recesses.
3:03 p.m. – Court resumes. Court and counsel first discuss Mr. Ye's letter of resignation.
3:04 p.m. – Court and counsel discuss jury's first question.
3:06 p.m. – Court recesses.
4:52 p.m. – Court resumes.
4:53 p.m. – Jury returns to the courtroom.
4:55 p.m. – Jury verdict returned and read.
4:58 p.m. – Jury excused.
- Court will enter judgment on the verdict pursuant to Rule 58 (after counsel decide what they would like to do re: post-trial motions.)
- Court and counsel discuss the filing of post-trial motions.

5:04 p.m. – Court concludes.