# Letter of Resignation.

Re: Guo v. Xia. 18-174

To: The Hon. Liam O'Grady:
The US District Judge.

Dear Judge O'Grady:

I hereby respectfully resign from the above referenced case 18-174 to you for your kind approval.

Respectfully submitted by

Ning Ye, Esq.
Out-going counsel pro hac vice

Dated July 2nd, 2019.

## Friend of the Court

Re: Guo v. Xia 18-174

We, the undersigned, the witnesses for the case CV-174 protest that court unfairly excludes all of witness in the last two days before trial. All exhibits and video evidence have also been excluded. ~~jury~~

Mr. Baosheng Guo has been approved by judge this morning after the plaintiff counsel proposed to exclude the witness, yet when the plaintiff counsel proposed again, the judge authorized the exclusion causing Defendant defenseless stemming from the beginning of 05/24/2019.

We couldn't accept the undy, unfair move at the last minute. Our conscience and common sense tell us that something scandously abnormal and terribly going on in and out of the courtroom. and all the undersigned are willing witnesses.

1. Baosheng Guo   Cellphone: 2282355736.   14440 Clubhouse Rd Gainesville VA 20155
2. Xianmin Xiong   9292042894
3. Weican Meng   507 Bread and cheese Hollow Rd Northport NY 11768   919 3089826
4. Stephen TAO Jiang   Tel.:(443)-889-1472