UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT
JUL -2 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

WENGUI GUO )
a/k/a Miles Kwok, )
)  CASE No. 1:18-CV-00174-LO-TCB
)
Plaintiff, )
)
- against - )
)
YELIANG XIA, )
)
Defendant. )

### VERDICT

We, the jury, find as follows:

1. As to plaintiff Wengui Guo's claim for defamation, we find in favor of __Wengui Guo__ and against __Yeliang Xia__.

    a. Complete the section below only if you find in favor of plaintiff Wengui Guo on his claim for defamation.

        i. We award Wengui Guo the following actual damages: $ __30,000__.

        ii. We award Wengui Guo the following punitive damages: $ __20,000__.

2. As to plaintiff Wengui Guo's claim for defamation *per se*, we find in favor of __Wengui Guo__ and against __Yeliang Xia__.

    a. Complete the section below only if you find in favor of plaintiff Wengui Guo on his claim for defamation *per se*.

      i. We award Wengui Guo the following actual damages: $ 30,000 .

      ii. We award Wengui Guo the following presumed damages $ 0 .

      iii. We award Wengui Guo the following punitive damages: $ 20,000 .

3. As to defendant Yeliang Xia's claim for defamation, we find in favor of Yeliang Xia and against Wengui Guo.

   a. Complete the section below only if you find in favor of plaintiff defendant Yeliang Xia on his claim for defamation.

      i. We award Yeliang Xia the following actual damages: $ 5,000 .

      ii. We award Yeliang Xia the following punitive damages: $ 5,000 .

4. As to defendant Yeliang Xia's claim for defamation *per se*, we find in favor of Wengui Guo and against Yeliang Xia.

   a. Complete the section below only if you find in favor of defendant Yeliang Xia on his claim for defamation *per se*.

      i. We award Yeliang Xia the following actual damages: $ 0 .

      ii. We award Yeliang Xia the following presumed damages $ 0 .

      iii. We award Yeliang Xia the following punitive damages:

        $__0__.

**So say we all.**

Signed and dated at the United States Courthouse, Alexandria, Virginia, this _2_ day of July, 2019.

_____        _____
Foreperson's Signature              Foreperson's Printed Name