**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL EXPRESS

POSTAGE REQUIRED



U.S. POSTAGE
$25.50
PME 2-Day
11355  0007
Date of sale
08 / 23 / 19
06      2SS
11488479

Scheduled Delivery
08/26/2019
12:00PM

# PRIORITY
## MAIL ★
# XPRESS™

ASTEST SERVICE IN THE U.S.

FOLD HERE

## FOR DOMESTIC AND INTERNATIONAL USE

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.



ISED INTERNATIONALLY,
STOMS DECLARATION
L MAY BE REQUIRED.



uly 2013   OD: 12.5 x 9.5

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 718 308 6626

Ning Ye, Esq.
135-11 38th Ave. #1A
Flushing, NY 11354

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
The Chamber, The Hon. Liam O'Grady
The U.S. District Court EVA do Clerk
Albert V. Brian U.S. Courthouse
401 Courthouse Sq.
Alexandria, VA
ZIP + 4® (U.S. ADDRESSES ONLY)
2 2 3 1 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



EL 546992535 US



# PRIORITY
## ★ MAIL ★
# EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|---|
| PO ZIP Code | | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | 10:30 AM Delivery Fee $ | Return Receipt Fee | Live Animal Transportation Fee |
| Weight lbs. ozs. | ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| | | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY

■ UNITED STATES POSTAL SERVICE®

0001000006

VISIT U
ORDER F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may