IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| WENGUI GUO, a/k/a Miles Kwok,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YELIANG XIA,<br><br>　　　　Defendant. | Case No. 1:18-cv-174<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendant's Motion for Judgment as a Matter of Law, Motion for Remittitur, or, in the Alternative, a New Trial. Dkt. 131. Plaintiff filed an Opposition to the motion on August 16, 2019 (Dkt. 137), pursuant to the briefing schedule proposed by the parties and accepted by the Court's Order on July 25, 2019. Dkt. 136.

Having considered the Motion under Federal Rules of Civil Procedure 50 and 59, the Court finds that the jury verdict and award is supported by evidence for each element of the defamation and defamation *per se* claims, and that the jury instructions were standard and appropriate. As such, Defendant's prayers are hereby **DENIED**.

Judgment is **HEREBY ENTERED** on the jury verdict (Dkt. 126):

For Plaintiff for defamation, $30,000 in actual damages and $20,000 in punitive damages, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a), accruing from the date of entry of the verdict;

for Plaintiff for defamation per se, $30,000 in actual damages and $20,000 in punitive damages, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a), accruing from the date entry of the verdict;

for Defendant for defamation, $5,000 in actual damages and $5,000 in punitive damages, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a), accruing from the date of entry of the verdict.

It is **SO ORDERED**.


September 12, 2019  
Alexandria, Virginia

Liam O'Grady  
United States District Judge